**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **CHI Austin, LLC**

Case No. **10-30380-HDH-11**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Arbys Franchise Trust<br>1155 Perimeter Center West<br>Suite 1000<br>Atlanta, GA 30338 | | Franchise Fees | | $7,311.71 |
| McLane Foodservice<br>P.O. Box 847535<br>Dallas, TX 75284 | | Trade Debt | | $3,580.19 |
| Pedernales Electric<br>P.O. Box 1<br>Johnson City, TX 78636 | | Utility | | $1,652.40 |
| Hays Free Press<br>P.O. Box 2530<br>Kyle, TX 78640 | | Services Rendered | | $742.00 |
| Flowers Baking, Co.<br>P.O. Box 841940<br>Dallas, TX 75284 | | Trade Debt | | $620.18 |
| City of Buda<br>P.O. Box 1218<br>Buda, TX 78610 | | Taxes | | $466.63 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

IN RE: **CHI Austin, LLC**  Case No. **10-30380-HDH-11**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Arcop<br>1155 Perimeter Center West<br>6th Floor<br>Atlanta, GA 30338 | | Services Rendered | | $340.00 |
| Coupon Magazine<br>504 S. Granite Ave.<br>Fredericksburg, TX 78624 | | Services Rendered | | $295.00 |
| Mustang Plumbing<br>P.O. Box 5265<br>Round Rock, TX 78683 | | Services Rendered | | $292.28 |
| NuCo2<br>P.O. Box 9011<br>Stuart, FL 34995 | | Services Rendered | | $285.63 |
| Verizon Southwest<br>P.O. Box 920041<br>Dallas, TX 75392-0041 | | Utility | | $152.66 |
| Terminix<br>1905 Kramer Lane, Suite 300<br>Austin, TX 78758 | | Services Rendered | | $73.62 |
| Texas Wired Music<br>P.O. Box 117<br>San Antonio, TX 78291 | | Services Rendered | | $45.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **CHI Austin, LLC**  Case No. **10-30380-HDH-11**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Fresh N Clean Filter Service<br>2310 Sandy Pass<br>San Antonio, TX  78264 | | Services Rendered | | **$37.88** |
| Fresh Air Filter<br>2310 Sandy Pass<br>San Antonio, TX  78264 | | Services Rendered | | **$37.88** |
| Cothron's Safe & Lock<br>807 E. 4th Street<br>Austin, TX  78702 | | Services Rendered | | **$37.10** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **01/15/2010**    Signature: **/s/ Dennis L. Wells**
*Dennis L. Wells*
**President**